*REMAND/JS-6*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-455-GW(AGRx) | Date | July 30, 2013 |
|---|---|---|---|
| Title | *P. Rea, et al. v. Michaels Stores, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None Present      None Present

**PROCEEDINGS:**     **(IN CHAMBERS): COURT ORDER**


     For reasons stated in the tentative ruling of May 23, 2013, this action is remanded back to the Orange County Superior Court for the State of California forthwith.  Fees and costs are not awarded as Defendant had an objectively reasonable basis for believing that removal was available.

                           :     25

Initials of Preparer    JG