# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:* <br><br> MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | Case Number: <br> **MDL 14-2531-GW(AGRx)** |
| P. REA,<br>S. SADLOWSKI,<br>A. SARABIA, and<br>D. SPERLINE,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware corporation,<br><br>    Defendant. | Case Number:<br><br>**SACV 13-455-GW(AGRx)**<br><br><br>**JUDGMENT ON CLAIMS OF PLAINTIFF, D. SPERLINE**<br><br>Hearing date:[*No hearing required.*]<br>Hearing time:[*No hearing required.*]<br>Judge:    HON. GEORGE H. WU |

**JUDGMENT ON CLAIMS OF PLAINTIFF, D. SPERLINE – PAGE 1**

ON 28 AUGUST 2014, Plaintiff D. Sperline ("Plaintiff") filed a Notice of Offer of Judgment (Docket Entry No. 90) and his Acceptance thereof (Docket Entry No. 91).

THE COURT, finding that there is no just reason for delay, enters judgment as follows:

1. In full settlement of all claims, judgment is entered in favor of Plaintiff as follows: (a) the sum of fifty-four thousand five hundred seventy-one dollars ($54,571.00); and (b) any recoverable costs and reasonable attorneys' fees accrued on or before 14 August 2014 that are due and owing as a matter of law in connection with Plaintiff's claims; provided however that (i) such costs and fees shall be in an amount to be determined by the Court; (ii) such costs and fees shall be reasonable, with the reasonableness of such costs and fees to be determined by the Court, consistent with applicable law; and (iii) such costs and fees shall not exceed that to which Plaintiff's counsel is entitled by law. The foregoing amounts are sufficient to cover all relief sought by Plaintiff in this action as set forth in Plaintiff's Rule 26 Initial Disclosures.

2. This judgment is inclusive of all pre-judgment interest, costs, expert witness fees, and attorneys' fees, and Plaintiff shall not, as a result of this judgment, be entitled to any additional fees, costs or other litigation expenses from Defendant in excess of those expressly set forth above.

Dated: September 15, 2014

HON. GEORGE H. WU, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

[SA13CV00455GW-J.wpd]