# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:*<br><br>MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | Case Number:<br>**MDL 14-2531-GW(AGRx)** |
| P. REA,<br>S. SADLOWSKI,<br>A. SARABIA, and<br>D. SPERLINE,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware corporation,<br><br>Defendant. | Case Number:<br><br>**SACV 13-455-GW(AGRx)**<br><br>**JUDGMENT ON CLAIMS OF PLAINTIFF, S. SADLOWSKI**<br><br>Hearing date:[*No hearing required.*]<br>Hearing time:[*No hearing required.*]<br>Judge: HON. GEORGE H. WU |

**JUDGMENT ON CLAIMS OF PLAINTIFF, S. SADLOWSKI – PAGE 1**

ON 25 AUGUST 2014, the Court confirmed its tentative ruling granting Defendant's Motion for Summary Judgment as to the claims of Plaintiff, S. Sadlowski ("Plaintiff").

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1. JUDGMENT is entered in favor of Defendant Michaels Stores, Inc. on ALL of Plaintiff's claims for relief;

2. Plaintiff shall take nothing on her claims against Defendant Michaels Stores, Inc., and ALL of her claims are hereby DISMISSED with prejudice;

3. Defendant Michaels Stores, Inc. is the prevailing party and shall recover its costs of suit pursuant to Rule 54 of the Federal Rules of Civil Procedure.

Dated: September 15, 2014

HON. GEORGE H. WU, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

[SA13CV00455GW-J.2.wpd]

**JUDGMENT ON CLAIMS OF PLAINTIFF, S. SADLOWSKI – PAGE 2**