# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. REA,<br>S. SADLOWSKI,<br>A. SARABIA, and<br>D. SPERLINE,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware corporation,<br><br>    Defendant. | Civil Action Number:<br>**SACV 13-455-GW(AGRx)**<br><br><br>**JUDGMENT AWARDING ATTORNEYS' FEES** |

**JUDGMENT AWARDING ATTORNEYS' FEES – PAGE 1**

ON OR ABOUT 15 SEPTEMBER 2014, the Court entered judgments awarding monetary recovery in favor of Plaintiffs, P. Rea, A. Sarabia, and D. Sperline. (*See,* Document Numbers 140, 141, 143.) Subsequent to entry of said judgments, Plaintiffs, P. Rea, A. Sarabia, and D. Sperline, timely moved for an award of attorneys' fees pursuant to Rule 54(d)(2), Fed.R.Civ.P. The Court, having granted that Motion on terms set out in the Court's 4 November 2014 Order thereon (*see,* Document Numbers 162, 163), now enters judgment awarding attorneys' fees as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs, P. Rea, A. Sarabia, and D. Sperline, shall have and recover, over and against Defendant, Michaels Stores, Inc., the total sum of Five Hundred Seventeen Thousand, One Hundred Five and 97/100 Dollars ($517,105.97).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the amounts owed under this Judgment shall be in addition to the amounts set out in the judgments previously entered herein as Document Numbers 140, 141, 143.

Dated: November 12, 2014

HON. GEORGE H. WU, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

[SA13CV00455GW-J.3.wpd]

**JUDGMENT AWARDING ATTORNEYS' FEES – PAGE 2**