JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. SADLOWSKI,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware corporation,<br><br>      Defendant. | Case Number:<br><br>**SACV 13-455-GW(AGRx)**<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Hearing date: [*No hearing required.*] |

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE – PAGE 1**

| | |
|---|---|
| 1 | CAME ON to be considered the Stipulation for Dismissal of Entire Action, With Prejudice, entered by and between Plaintiff, S. Sadlowski **(hereinafter "Plaintiff"),** on the one hand, and Defendant, Michaels Stores, Inc. **(hereinafter "Michaels"),** on the other hand, and the Court has found that the relief requested therein should be GRANTED. |

CAME ON to be considered the Stipulation for Dismissal of Entire Action, With Prejudice, entered by and between Plaintiff, S. Sadlowski **(hereinafter "Plaintiff"),** on the one hand, and Defendant, Michaels Stores, Inc. **(hereinafter "Michaels"),** on the other hand, and the Court has found that the relief requested therein should be GRANTED.

IT IS, THEREFORE, ORDERED, that all claims of Plaintiff in the above-captioned civil action shall be, and hereby are, DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED, that the above-captioned civil action is hereby DISMISSED WITH PREJUDICE and TERMINATED in the entirety;

IT IS FURTHER ORDERED, that, except as may otherwise be agreed between the parties, each party shall bear its own costs and fees.

Dated: December 20, 2017

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

[SA13CV00455GW-O JS-6.wpd]